# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Anthony J WALKER<br><br>Debtor(s) | Case No. 12 B 22748 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/04/2012.

2) The plan was confirmed on 11/07/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/14/2013.

5) The case was Converted on 03/12/2013.

6) Number of months from filing to last payment: 5.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,608.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$2,608.00**

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $484.40 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $103.33 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$587.73**

Attorney fees paid and disclosed by debtor:     $300.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AD Astra Recovery Services Inc | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| Alexander Rose Inc | Unsecured | 1,384.00 | NA | NA | 0.00 | 0.00 |
| American Honda Finance Corporation | Unsecured | 20,000.00 | 12,552.30 | 12,552.30 | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,464.00 | NA | NA | 0.00 | 0.00 |
| Brown & Joseph Ltd | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| Centerpoint Energy | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| Check Into Cash | Unsecured | 550.00 | 752.95 | 752.95 | 0.00 | 0.00 |
| Check N Go | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Conn Credit Company | Unsecured | 3,561.00 | NA | NA | 0.00 | 0.00 |
| Credit One | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| Financial Bank | Unsecured | 1,757.00 | NA | NA | 0.00 | 0.00 |
| First Convenience Bank | Unsecured | 500.00 | 1,338.79 | 1,338.79 | 0.00 | 0.00 |
| Gibbon Auto Works Ltd | Unsecured | NA | 2,583.42 | 2,583.42 | 0.00 | 0.00 |
| Gibbon Auto Works Ltd | Secured | 14,000.00 | 14,702.22 | 14,000.00 | 1,905.94 | 114.33 |
| Internal Revenue Service | Unsecured | 3,691.00 | 5,686.82 | 5,686.82 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 7,774.00 | 17,376.37 | 17,376.37 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 3,691.00 | NA | NA | 0.00 | 0.00 |
| Lamont Hanley & Associates | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| Marauder Corporation | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| Methodist Hospital | Unsecured | 55,000.00 | NA | NA | 0.00 | 0.00 |
| Mortgage It | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| National Capital Management LLC | Unsecured | 0.00 | 5,740.29 | 5,740.29 | 0.00 | 0.00 |
| Nco Fin | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Pinnacle Fincial Group Inc | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 435.28 | 435.28 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 75.00 | 75.00 | 0.00 | 0.00 |
| Rent A Car | Unsecured | 2,770.12 | NA | NA | 0.00 | 0.00 |
| Revenue Maximization | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Revenue Maximization | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Revenue Maximization | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Shell | Unsecured | 785.00 | NA | NA | 0.00 | 0.00 |
| Southwestern Bell Telephone Company | Unsecured | 0.00 | 279.92 | 279.92 | 0.00 | 0.00 |
| Specialized Loan Servicing LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Specialized Loan Servicing LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| St Lukes Hospital | Unsecured | 1,950.00 | NA | NA | 0.00 | 0.00 |
| Texas Child Support Division | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Theresa Bernard | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| TXU Energy Retail Company LLC | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| USA Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Unsecured | 0.00 | 746.05 | 746.05 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $14,000.00 | $1,905.94 | $114.33 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,000.00** | **$1,905.94** | **$114.33** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $17,376.37 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$17,376.37** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$30,365.82** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $587.73 |
| Disbursements to Creditors | $2,020.27 |
| **TOTAL DISBURSEMENTS** : | **$2,608.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/25/2013                                By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**